

FILED BY _____.D.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 OCT 13 PH 2: 30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ServiceMaster Residential/Commercial
Services, L.P.,

        Plaintiff,

  v.

Stephanie Hill, Elzy Hill, Jr., and Master
Clean, Inc.,

        Defendants.

Cause No. 05-2754-DV

---

### MOTION FOR EXPEDITED DISCOVERY

    COMES NOW Plaintiff, ServiceMaster Residential/Commercial Services, L.P. d/b/a ServiceMaster Clean ("ServiceMaster Clean") and moves this Court for an order allowing it to conduct expedited discovery, including propounding the Expedited Discovery attached hereto and conducting depositions relating to ServiceMaster Clean's claims for purposes of preparing for its Motion For Preliminary Injunction.

    This Motion is based upon the Affidavit of Lorne Dillon submitted in support of ServiceMaster Clean's Motion for Preliminary Injunction, the Brief in Support of Motion for Expedited Discovery and all pleadings, exhibits and record evidence herein, and upon all matters of which judicial notice may properly be taken and upon such further evidence and arguments as the Court may receive prior to rendering its decision on this Motion.

**MOTION GRANTED**

DATE: October 13 2005

Bernice Bouie Donald
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _10/17/05_

Respectfully submitted,

**MARTIN, TATE, MORROW &**
**MARSTON, P.C.**

Dated: October 13, 2005

David Wade (#4166)
J. Lewis Wardlaw (#23078)
International Place, Tower II
Suite 1000, 6410 Poplar Ave.
Memphis, TN 38119
Telephone:  (901) 522-9000
Fax:  (901) 527-3746
E-mail:  dwade@martintate.com

and

**GRAY, PLANT, MOOTY, MOOTY &**
**BENNETT, P.A.**
Michael R. Gray (#175602)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone:  (612) 632-3000
Facsimile:  (612) 632-4444
E-mail:  mike.gray@gpmlaw.com

**ATTORNEYS FOR PLAINTIFF**

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02754 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

Michael R. Gray
GRAY PLANT MOOTY MOOTY & BENNETT, P.A.
80 S. Eighth St.
500 IDS Center
Minneapolis, MN 55402

John Lewis Wardlaw
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT