UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 15 PM 2: 08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

ServiceMaster Residential/Commercial
Services, L.P.,

      Plaintiff,

v.                              Cause No. 05-2754-DV

Stephanie Hill, Elzy Hill, Jr., and Master
Clean, Inc.,

      Defendants.

## ORDER ADMITTING ATTORNEY *PRO HAC VICE*

This cause came to be heard upon the motion of Plaintiff ServiceMaster Residential/ Commercial Services, L.P. for permission to allow Michael R. Gray to appear *pro hac vice* on its behalf in this action. The Court finds that movants have complied with Local Rule of Court 83.1(b). Accordingly, the Court grants the motion.

Michael R. Gray is hereby admitted to practice in this case *pro hac vice* on behalf of Plaintiff herein.

SO ORDERED, this the 8th day of November, 2005.

United States District Court Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CV-02754 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Joseph K. Agostino
MILLER HAMILTON SNIDER & ODOM, LLC
1175 Peachtree Street, N.E.
100 Colony Square, Suite 1920
Alanta, GA 30361

John Lewis Wardlaw
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Michael R. Gray
GRAY PLANT MOOTY MOOTY & BENNETT, P.A.
80 S. Eighth St.
500 IDS Center
Minneapolis, MN 55402

Timothy W. Boyd
MILLER HAMILTON SNIDER & ODOM, LLC
1175 Peachtree Street, N.E.
100 Colony Square, Suite 1920
Alanta, GA 30361

Paul B. Billings
LAW OFFICE OF PAUL B. BILLINGS, JR.
6555 Quince Rd.
Ste. 109
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT