IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| SERVICEMASTER RESIDENTIAL / COMMERCIAL SERVICES, L. P., | Case No. 05-2754-DV |
| Plaintiff, | Hon. Bernice B. Donald<br>U.S. District Judge |
| v. | Hon. Diane K. Vescovo<br>U.S. Magistrate Judge |
| STEPHANIE HILL, ELZY HILL, JR., And MASTER CLEAN, INC., |  |
| Defendants. |  |

## ORDER ADMITTING ATTORNEYS *PRO HAC VICE*

This cause came to be heard upon the motions of Defendants Stephanie Hill, Elzy Hill, Jr. and MasterClean of Georgia, Inc. (incorrectly denominated as Master Clean, Inc. in the Complaint) for permission to allow Timothy W. Boyd and Joseph K. Agostino to appear *pro hac vice* on their behalf in this action. The Court finds that movants have complied with Local Rule of Court 83.1(b). Accordingly, the Court grants the motions.

Timothy W. Boyd and Joseph K. Agostino are hereby admitted to practice in this case *pro hac vice* on behalf of Defendants herein.

SO ORDERED, this the _28_ day of _November_, 2005.

United States District Court Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _11/28/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:05-CV-02754 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Timothy W. Boyd
MILLER HAMILTON SNIDER & ODOM, LLC
1175 Peachtree Street, N.E.
100 Colony Square, Suite 1920
Alanta, GA 30361

Paul B. Billings
LAW OFFICE OF PAUL B. BILLINGS, JR.
6555 Quince Rd.
Ste. 109
Memphis, TN 38119

Joseph K. Agostino
MILLER HAMILTON SNIDER & ODOM, LLC
1175 Peachtree Street, N.E.
100 Colony Square, Suite 1920
Alanta, GA 30361

John Lewis Wardlaw
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Michael R. Gray
GRAY PLANT MOOTY MOOTY & BENNETT, P.A.
80 S. Eighth St.
500 IDS Center
Minneapolis, MN 55402

Honorable Bernice Donald
US DISTRICT COURT