UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 14 PM 2:37

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

ServiceMaster Residential/Commercial
Services, L.P.,

    Plaintiff,

v.                                                                 Cause No. 05-2754-DV

Stephanie Hill, Elzy Hill, Jr., and Master
Clean, Inc.,

    Defendants.

## SCHEDULING ORDER

Pursuant to the scheduling conference written notice, the following dates are established as the final dates for:

| | |
|---|---|
| INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1): | January 3, 2006 |
| JOINING PARTIES: | February 17, 2006 |
| AMENDING PLEADINGS: | February 16, 2006 |
| INITIAL MOTIONS TO DISMISS: | March 17, 2006 |
| COMPLETING ALL DISCOVERY: | July 14, 2006 |
|     (a) DOCUMENT PRODUCTION: | July 14, 2006 |
|     (b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: | July 14, 2006 |
|     (c) EXPERT WITNESS DISCLOSURE (Rule 26): | |
|         (1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: | June 12, 2006 |
|         (2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: | July 12, 2006 |

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____



      (3) EXPERT WITNESS DEPOSITIONS:      August 11, 2006

FILING DISPOSITIVE MOTIONS:      August 25, 2006

OTHER RELEVANT MATTERS:

    No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

    Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

    This case is set for non-jury trial, and the trial is expected to last 3-5 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

    This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

    The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

    The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

    The parties have not consented to trial before the magistrate judge.

    This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

    IT IS SO ORDERED.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
DATE: December 13, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:05-CV-02754 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

---

Paul B. Billings
LAW OFFICE OF PAUL B. BILLINGS, JR.
6555 Quince Rd.
Ste. 109
Memphis, TN 38119

Timothy W. Boyd
MILLER HAMILTON SNIDER & ODOM, LLC
1175 Peachtree Street, N.E.
100 Colony Square, Suite 1920
Alanta, GA 30361

John Lewis Wardlaw
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Joseph K. Agostino
MILLER HAMILTON SNIDER & ODOM, LLC
1175 Peachtree Street, N.E.
100 Colony Square, Suite 1920
Alanta, GA 30361

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Michael R. Gray
GRAY PLANT MOOTY MOOTY & BENNETT, P.A.
80 S. Eighth St.
500 IDS Center
Minneapolis, MN 55402

Honorable Bernice Donald
US DISTRICT COURT